UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL DUDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BYRAM HEALTHCARE CENTERS, INC., OWENS & MINOR DISTRIBUTION, INC., and DOES 1-20,<br><br>Defendants. | CASE NO. 2:24-cv-911<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On June 28, 2024, the parties filed a stipulated motion seeking a 90-day stay of the case deadlines. The Court GRANTS the parties' motion and STAYS the case. Within 90 days of the date of this order, the parties must file a joint status report. The parties must also notify the Court within five days of setting a mediation date.

Dated this 3rd day of July 2024.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2