The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL DUDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BYRAM HEALTHCARE CENTERS, INC.; OWENS & MINOR DISTRIBUTION, INC.;, a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendant. | No. 2:24-cv-00911-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

This matter came regularly before the Court on Plaintiff and Defendant's stipulated motion to remand. The parties agreed to remand as a term of settlement, and this stipulation and motion will effectuate swift resolution of the matter.

Having considered the stipulation and motion herein, and being fully advised on the matter, it is hereby ORDERED, ADJUDGED, and DECREED that the stipulated motion to remand is GRANTED and this action shall be remanded to King County Superior Court.

DATED this 21st day of April, 2025.

*/s/ Jamal W.*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 1
No. 2:24-cv-00911-JNW

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Presented by:

EMERY | REDDY PLLC

By: */s/ Timothy W. Emery*
 Timothy W. Emery, WSBA No. 34078
 Patrick B. Reddy, WSBA No. 34092
 Paul Cipriani, WSBA No. 59991
 600 Stewart Street, Suite 1100
 Seattle, WA 98101-1269
 Telephone: (206) 442-9106
 Facsimile: (206) 441-9711
 Email: emeryt@emeryreddy.com
    reddyp@emeryreddy.com
    paul@emeryreddy.com

 *Attorneys for Plaintiff*


JACSON LEWIS, P.C.


By: */s/ Peter H. Nohle*
 Peter H. Nohle, WSBA No. 35849
 520 Pike Street, Suite 2300
 Seattle, WA 98101
 Phone: (206) 626-6436
 Email: Peter.Nohle@jacksonlewis.com
 *Attorney for Defendants*

ORDER GRANTING STIPULATED MOTION TO REMAND - 2
No. 2:24-cv-00911-JNW

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711